NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRANDON M. KREIER,    )
                      )
          Appellant,  )
                      )
v.                    )          Case No. 2D19-182
                      )
STATE OF FLORIDA,     )
                      )
          Appellee.   )
_____ )

Opinion filed September 18, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Lee County; Margaret O. Steinbeck,
Judge.


PER CURIAM.

          Affirmed.  See Adaway v. State, 902 So. 2d 746 (Fla. 2005); Steward v.

State, 931 So. 2d 133 (Fla. 2d DCA 2006); Shortridge v. State, 884 So. 2d 321 (Fla. 2d

DCA 2004); Gibson v. State, 721 So. 2d 363 (Fla. 2d DCA 1998); Graves v. State, 704

So. 2d 147 (Fla. 1st DCA 1997).


NORTHCUTT, VILLANTI, and LaROSE, JJ., Concur.